Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Shawn Westrick (SBN 235313)
SWestrick@InitiativeLegal.com
Gregory Yu (SBN 230520)
GYu@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Judith Colvin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH COLVIN individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS INC. a New York corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:09-CV-00238-CW<br><br>[Assigned to the Hon. Claudia Wilken]<br>**ORDER RE**<br>**JOINT STATEMENT REGARDING BRIEFING ON PLAINTIFF'S INDIVIDUAL CLAIMS** |

## I.   INTRODUCTION

During the Initial Status Conference held by this Court on April 28, 2009, the Court directed the parties to meet and confer and discuss dates for motion practice on Plaintiff's individual claims prior to a class certification hearing. The Court also invited Plaintiff to file a motion to vacate the Court's order regarding this briefing.

On May 7, 2009, the parties met and conferred regarding dates for motion practice on Plaintiff's individual claims.  On May 12, 2009, Plaintiff filed the motion to vacate the briefing on Plaintiff's individual claims.  On June 11, 2009, the Court denied Plaintiff's Motion.

The parties hereby submit this Joint Statement Regarding Briefing on Plaintiff's Individual Claims.

## II.   DATES SELECTED BY THE PARTIES

The following dates have been selected by the parties:
- ➢ September 24, 2009, Defendant to file its Motion for Summary Judgment;
- ➢ October 8, 2009, Plaintiff to file her Opposition and Cross Motion for Summary Judgment ;
- ➢ October 22, 2009, Defendant to file its Reply Brief and Opposition to Cross Motion for Summary Judgment;
- ➢ November 5, 2009, Plaintiff to file her Sur-Reply; and
- ➢ November 19, 2009, Hearing. **and FCMC at 2:00 p.m.**

\\\
\\\
\\\

| | |
|---|---|
| Dated:  June 23, 2009 | Respectfully submitted,<br>Initiative Legal Group LLP<br><br>By: _____<br>Marc Primo<br>Mónica Balderrama<br>Shawn C. Westrick<br>Gregory Yu<br>Attorneys for Plaintiffs Judith Colvin |
| Dated:  June 23, 2009 | Keesal, Young & Logan<br><br>/s/ Lisa Bertain<br>By: _____<br>Lisa M. Bertain<br>Julie L. Taylor<br>Nathan R. Jaskowiak<br>Attorneys for Defendant Citigroup Global Markets Inc. |



IT IS SO ORDERED
Judge Claudia Wilken