IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH COLVIN,

    Plaintiff,

  v.

CITIGROUP GLOBAL MARKETS, INC.,

    Defendant.
_____/

No. C 09-00238 CW

ORDER DISMISSING
PLAINTIFF'S CLAIMS
WITH PREJUDICE

    On October 13, 2009, the Court denied in part Plaintiff's motion to (1) withdraw as representative Plaintiff, (2) dismiss Plaintiff's individual claims without prejudice and (3) conduct discovery to identify a substitute class representative.  The Court allowed Plaintiff to withdraw from the case but required her to notify the Court within three days from the date of the order whether she wished to proceed with this action, either on an individual basis or as a class representative.  The Court stated that if Plaintiff choose not to proceed, her claims would be dismissed with prejudice.  On October 16, 2009, Plaintiff notified the Court that she did not wish to proceed with this action, either on an individual basis or as a class representative.  Accordingly,

1 | the Court dismisses her claims with prejudice.
2 |     IT IS SO ORDERED.
3 | Dated: 10/27/09

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
United States District Judge